UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-336-MOC

| | | |
|---|---|---|
| **BRANDON DERREBERRY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). The court notes that plaintiff has consented to this motion. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#13) is **GRANTED**. The Commissioner's decision in this matter is hereby **REVERSED** and this case is remanded for further proceedings.

Signed: June 5, 2018

Max O. Cogburn Jr
United States District Judge